# Court of Appeals
# of the State of Georgia

ATLANTA, September 02, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0044. Wright v. Wright.

Upon consideration of Joshua Wright's "Emergency Motion for Immediate Review and Stay," same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/02/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*